TOWN OF WEST NEW YORK, APPELLANT-PETITIONER, v. HARRY BOCK, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 71 *N. J. Super.* 143.

*Mr. Samuel L. Hirschberg* for the petitioner.

*Messrs. Cohen and Turtz* for the respondent.